

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00008-CV

SPACE CITY PERCUSSION, Appellant

V.

AARON HERMES

Appeal from the 164th Judicial District Court of Harris County  (Trial Court Cause No. 2014-23106)

After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellant, Space City Percussion.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 19, 2015

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.